906

Sean FISK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63374.

Missouri Court of Appeals,
Western District.

Jan. 18, 2005.

Andrew Schroeder, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane Dixon Crouse, Assistant Attorney General, Jefferson City, for respondent.

Before PATRICIA A. BRECKENRIDGE, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

### ORDER

Sean Fisk appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).